IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY a/s/o BINDTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE NEWARK GROUP, INC. d/b/a NEWARK CUSTOM PAPERBOARD f/d/b NEWARK BCI f/k/a BOOK COVERS, INC., <br><br> Defendant. | Case No. 3:14-cv-00582 <br><br> Chief Judge Haynes |

## ORDER

For good cause and by agreement by the parties, as evidenced by signatures of counsel below, the Status Conference originally set for June 20, 2014 shall be continued and shall now be heard on Friday July 11, 2014 at 2:00 pm

IT IS SO ORDERED.

_____
Judge William J. Haynes

SUBMITTED FOR ENTRY:

/s/ _Jonathan E. Nelson_
Jessalyn H. Zeigler (BPR No. 16139)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
Telephone – (615) 742-6200

Jonathan E. Nelson (BPR No. 28029)
BASS, BERRY & SIMS PLC